UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| UNITED STATES OF AMERICA, | ) | Case No. 21cr3468-JLS |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER GRANTING CONTINUANCE OF DEFENDANT'S MOTIONS HEARING** |
| v. | ) ) | |
| AMANDA LUCERO, | ) ) | |
| Defendant. | ) ) | |

Upon joint motion of the parties, and good cause appearing**, IT IS HEREBY ORDERED** that Defendant Amanda Lucero's Motion/Trial Setting Hearing is continued from January 28, 2022 to March 11, 2022, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, in accordance with 18 USC section 3161, time is excluded in the interest of justice from January 28, 2022 until March 11, 2022.

**IT IS SO ORDERED.**

Dated:  January 25, 2022

Hon. Janis L. Sammartino
United States District Judge

1