UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(Hon. Janis L. Sammartino)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21cr3468-JLS |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING CONTINUANCE** |
| | ) | **OF DEFENDANT'S MOTION HEARING/** |
| v. | ) | **TRIAL SETTING** |
| | ) | |
| AMANDA LUCERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon joint motion of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that Defendant Amanda Lucero's Motion/Trial Setting Hearing is continued from March 11, 2022 to April 15, 2022, at 1:30 p.m. In accordance with 18 USC section 3161, time is excluded in the interest of justice from March 11, 2022 until April 15, 2022.

**IT IS SO ORDERED.**

Dated: March 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1